SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102-5400
(973) 643-7000
Attorneys for Plaintiff Juster Acquisition Co., LLC

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JUSTER ACQUISITION CO., LLC,** | : Civil Action No. 12-cv-3427 (JLL)(MAH) |
| | : |
| | Hon. Jose L. Linares, U.S.D.J. |
| Plaintiff, | : Hon. Michael A. Hammer, U.S.M.J. |
| v. | : Return Date: December 16, 2013 |
| **NORTH HUDSON SEWERAGE AUTHORITY,** | : Oral Argument Is Requested |
| | : (Document Electronically Filed) |
| Defendant. | |
| | : **PLAINTIFF'S NOTICE OF MOTION FOR SUMMARY** |
| | : **JUDGMENT AS TO LIABILITY** |

TO:  Alan L. Zegas, Esq.
     Judson L. Hand, Esq.
     Law Offices of Alan L. Zegas
     552 Main Street
     Chatham, NJ 07928
     *Attorneys for defendant North Hudson Sewerage Authority*

**COUNSEL:**

**PLEASE TAKE NOTICE** that, pursuant to the September 17, 2013 Order entered by

the Hon. Michael A. Hammer, U.S.M.J., on December 16, 2013, at 9:00 a.m. in the morning, or

at a date and time to be set by the Court, plaintiff Juster Acquisition Co., LLC ("Juster"), by and

through its undersigned attorneys, will move before the Honorable Jose L. Linares, U.S.D.J.,

United States District Court for the District of New Jersey, at the Martin Luther King, Jr. Federal Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for an Order, pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting summary judgment as to liability against the defendant North Hudson Sewerage Authority on Counts One and Two of Juster's Complaint.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion for summary judgment, Juster shall rely upon the accompanying Memorandum of Law, the Declaration of Richard H. Epstein, Esq. (with Exhibits), and the Statement of Undisputed Material Facts pursuant to L. Civ. R. 56.1.  A proposed form of Order is also submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

Dated:  October 11, 2013

By: /s/ Richard H. Epstein
**Joseph L. Buckley**
**Richard H. Epstein**
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NJ  07102-5400
Telephone:  (973) 643-7000
Facsimile:  (973) 643-6500
jbuckley@sillscummis.com
repstein@sillscummis.com

*Attorneys for Plaintiff*
*Juster Acquisition Co., LLC*